# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| GS Holistic LLC | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:24-cv-12254 |
| v. | ) | |
| Flavorz Smoke LLC et al | ) | Hon. Sean F. Cox |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Flavorz Smoke, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David Lawrence Perry , II
> The Ticktin Law Group
> 270 SW Natura Avenue
> Deerfield Beach, FL 33441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*       By: s/E. Vradenburg
                                              *Signature of Clerk or Deputy Clerk*

                                              Date of Issuance:  August 29, 2024



# Summons and Complaint Return of Service

Case No. 2:24-cv-12254
Hon. Sean F. Cox

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>Flavorz Smoke, LLC</u> was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____ _____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*: _____ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| GS Holistic LLC | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:24-cv-12254 |
| v. | ) | |
| Flavorz Smoke LLC et al | ) | Hon. Sean F. Cox |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Miguel Hami

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David Lawrence Perry , II
> The Ticktin Law Group
> 270 SW Natura Avenue
> Deerfield Beach, FL 33441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/E. Vradenburg
*Signature of Clerk or Deputy Clerk*

Date of Issuance: August 29, 2024



# Summons and Complaint Return of Service

Case No. 2:24-cv-12254
Hon. Sean F. Cox

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Miguel Hami
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| GS Holistic LLC | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:24-cv-12254 |
| v. | ) | |
| Flavorz Smoke LLC et al | ) | Hon. Sean F. Cox |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Nawar Kanni

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David Lawrence Perry , II
> The Ticktin Law Group
> 270 SW Natura Avenue
> Deerfield Beach, FL 33441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/E. Vradenburg
*Signature of Clerk or Deputy Clerk*

Date of Issuance: August 29, 2024



Case 2:24-cv-12254-SFC-CI ECF No. 2, PageID.53 Filed 08/29/24 Page 6 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:24-cv-12254
Hon. Sean F. Cox

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Nawar Kanni
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: