**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GS HOLISTIC, LLC,

Plaintiff

v.

Case No: 2:24-cv-12254
Hon: Susan K. DeClercq

FLAVORZ SMOKE, LLC d/b/a Flavorz Tobacco, MIGUEL HAMI, and NAWAR KANNI,

Defendants.

---

**Eddy Leal, P.A.**
Eddy Leal
Florida Bar # 96030
777 Brickell Avenue, Suite 500
Miami, FL 33131
Office: 305-979-3900
el@leallegal.com

*Attorney for the Plaintiff*

**L.A. Law, PLLC**
Lina Asmar (P82034)
24681 Northwestern Hwy,
Suite 4007
Southfield, Michigan 48075
Phone: (248) 996-0494
Lasmar@lalawusa.com
*Attorney for Defendants*

---

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(a) and Local Rule 7.1(a)(a) Defendants Flavorz Smoke, LLC d/b/a Flavorz Tobacco, Miguel Hami, and Nawar Kanni, and

Plaintiff GS Holistic, LLC jointly moved this Court and stipulated to extend the time for all Defendants to answer or otherwise respond to Plaintiff's Complaint by thirty (30) days, up to and including **July 03, 2026**.

In accordance with this stipulation, and the Court being otherwise fully informed in the premises, IT IS HEREBY ORDERED that Defendants, Flavorz Smoke, LLC d/b/a Flavorz Tobacco, Miguel Hami, and Nawar Kanni shall have up to and include **July 03, 2026**, to answer or otherwise respond to Plaintiff's Complaint**.**

**IT IS SO ORDERED.**

*/s/ Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: June 4, 2026

**SO STIPULATED AND AGREED**:

**Eddy Leal, P.A.**

By: /s/ Eddy Leal [*with consent*]
Eddy Leal
Florida Bar # 96030
777 Brickell Avenue, Suite 500
Miami, FL 33131
Office: 305-979-3900
el@leallegal.com

***Attorney for Plaintiff***

**L.A. LAW, PLLC**

By: /s/ *Lina Asmar*
Lina A. Asmar (P82034)
24681 Northwestern Hwy, Suite 4007
Southfield, Michigan 48075
Phone: (248) 996-0494
Lasmar@lalawusa.com

***Attorney for Defendants***