UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC, LLC,

Plaintiff,

Case No. 2:24-cv-12254

v.

Honorable Susan K. DeClercq
United States District Judge

FLAVORZ SMOKE, LLC, et al.,

Defendants.
______________________________/

**ORDER DISMISSING CASE WITH PREJUDICE**

On July 7, 2026, the Parties filed a stipulation of dismissal with prejudice pursuant to Civil Rule 41(a)(1)(A)(ii). ECF No. 26. Having reviewed the stipulation, ECF No. 26, Civil Rule 41, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

**This is a final order and closes the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 9, 2026